PROB 12B
(7/93)

Report Date: April 6, 2007

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Clarence Andrew Woodward      Case Number: 2:04CR02154-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 6/16/2005            Type of Supervision: Probation

Original Offense: Extortion by Public Official, 18    Date Supervision Commenced: 6/16/2005
U.S.C. § 1951Extortion by Public Official, 18 U.S.C.
§ 1951

Original Sentence: Probation - 36 Months        Date Supervision Expires: 6/15/2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

18    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

19    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

On April 1, 2007, Mr. Woodward was cited for driving under the influence, Yakima Municipal Court cause number 587450. His next court appearance is set for May 17, 2007. Mr. Woodward has been referred to the Yakama Indian Nation drug and alcoholism program for a drug and alcohol assessment. Mr. Woodward has agreed to comply with treatment recommendations. Mr. Woodward was advised of the potential impact such conditions could have on his supervision, and he acknowledged his understanding verbally and with his signature.

Please see attached waiver of hearing to modify conditions.

Respectfully submitted,

by /s/ Jose Zepeda
Jose Zepeda
U.S. Probation Officer
Date: April 6, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

4/9/07

Date